In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-113 CR


____________________



REGINA ANN MCCLIMANS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 359th District Court


Montgomery County, Texas


Trial Cause No. 05-07-05996 CR






MEMORANDUM OPINION


 We have before the Court a motion from the appellant, Regina Ann McClimans,
to withdraw her notice of appeal pursuant to Tex. R. App. P. 42.2. The motion is signed
by appellant personally. No opinion has issued in this appeal. The motion is granted and
the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice

Opinion Delivered April 5, 2006

Do Not Publish

Before McKeithen, C.J., Gaultney, and Kreger, JJ.